UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KEYVONNA DENISE MORTON, | ) | Bankruptcy Case |
| | ) | No. 19-34841 |
| Debtor. | ) | |

## WITHDRAWAL OF DOCKET ENTRY

I, JENNIFER J. WEST, do hereby withdraw docket entry #35 that was filed in error, in the above referenced case.

July 22, 2020                                        /s/ Jennifer J. West
Date                                                     Jennifer J. West, Trustee